| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | TIMOTHY R. BOLIN, CSBN 259511 |
| 5 | Special Assistant United States Attorney |

      Social Security Administration
      Office of the General Counsel
      333 Market St., Ste. 1500
      San Francisco, CA 94105
      Telephone: (415) 977-8982
      Facsimile: (415) 744-0134
      E-mail: timothy.bolin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. COLE, | ) No. 2:11-cv-02408-MAN |
|     Plaintiff, | ) [PROPOSED] JUDGMENT |
|     v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court having approved the parties' Joint Stipulation To Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and To Entry of Judgment ("Stipulation To Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND

////

1   DECREED that the above-captioned action is remanded to the Commissioner of
2   Social Security for further proceedings consistent with the Stipulation To Remand.

4   DATED:  February 9, 2012

_____ *Margaret A. Nagle* _____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE