```
 1  Steven G. Rosales
    Attorney at Law: 222224
 2  Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
 3  Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
 4  Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
 5
    Attorneys for Plaintiff
 6  Michael L Cole
 7
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L COLE,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant | Case No.: CV 11-02408 MAN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   April 13, 2012

*Margaret A. Nagle*

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-